***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted August 21, Affirmed September 13, 2023, *State v. Straub*, 322 Or App 393, 520 P3d 915 (2022), *rev den*, 370 Or 827 (2023)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MARIO ALBERTO BAROCIO,
*Defendant-Appellant.*

Marion County Circuit Court
22CN00009, 17CR75526; A178292 (Control), A178293

Matthew L. Tracey, Judge pro tempore.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Nora Coon, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Joanna Hershey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Hellman, Judge, and Armstrong, Senior Judge.

**PER CURIAM**

Affirmed. *State v. Straub*, 322 Or App 393, 520 P3d 915 (2022), *rev den*, 370 Or 827 (2023).